```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs.  NOBUYA MICHAEL OCHINERO  CASE NO. 3:14-mj-00049-DMS
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:           DEBORAH M. SMITH

DEPUTY CLERK/RECORDER:          ALISON HURST

UNITED STATES' ATTORNEY:        STEPHANIE CAROWAN COURTER

DEFENDANT'S ATTORNEY:           JAMIE MCGRADY - APPOINTED

U.S.P.O.:                       CHARLENE HENSEL

PROCEEDINGS: INITIAL APPEARANCE ON COMPLAINT
             HELD FEBRUARY 11, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 3:50 p.m. court convened.

Copy of Complaint given to defendant: waived reading.

Defendant advised of general rights, charges and penalties.

Defendant stated true name: Same as above

Financial Affidavit **FILED**.

Federal Public Defender accepted appointment; FPD notified.

Preliminary Hearing set for **February 25, 2014 at 10:00 a.m.**

Order of Detention Pending Trial **FILED**.

At 4:00 p.m. court adjourned.

DATE:    February 11, 2014    DEPUTY CLERK'S INITIALS:  AJH
Revised 1-27-14